# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:22-mj-00768-EJY |
| Plaintiff, | ~~*SEALED*~~ |
| v. | **Order Unsealing Case** |
| JASON EDWARD ROON, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the Motion to Unseal Case (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that the above-captioned matter, *United States of America v. Jason Edward Roon,* is unsealed in its entirety.

**DATED** this 3rd day of May, 2024.

By the Court:

Honorable Elena J. Youchah
United States Magistrate Judge