## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JASON EDWARD ROON,<br><br>   Defendant. | Case No. 2:22-mj-00768-EJY<br><br>**ORDER** |

   IT IS ORDERED that the Detention hearing currently scheduled for Friday, May 17, 2024, at 11:00 a.m., be vacated and continued to  May 28, 2024 , at the hour of    1:00    p.m. in LV Courtroom 3B before Magistrate Judge Maximiliano D. Couvillier, III.

   DATED this 15th day of May 2024.

   _____
   UNITED STATES DISTRICT JUDGE

3