RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Jason Edward Roon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00768-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| JASON EDWARD ROON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jason Edward Roon, that the Preliminary Hearing currently scheduled on May 24, 2024, at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Parties are attempting a preindictment resolution. Additional time is needed to obtain preliminary discovery and engage in negotiation discussions.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the first request for a continuance of the preliminary hearing.

DATED this 16th day of May 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   /s/ Raquel Lazo<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |   /s/ Lauren Ibanez<br>By_____<br>LAUREN IBANEZ<br>Assistant United States Attorney |

IT IS HEREBY ORDERED that the Stipulation to Continue Preliminary Hearing (ECF No. 20) is GRANTED.

IT IS FURTHER ORDERED that the preliminary hearing set for May 24, 2024 is VACATED.

IT IS FURTHER ORDERED that the preliminary hearing is reset for June 24, 2024 at 4 p.m. in Courtroom 3D.

Dated this 16th day of May, 2024.

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE

2