UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00768-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JASON EDWARD ROON, | |
| Defendant. | |

IT IS ORDERED that the Detention hearing currently scheduled for Tuesday, May 28, 2024, at 1:00 p.m., be vacated.

DATED this __20__ day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3