UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON EDWARD ROON,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00768-EJY<br><br>**ORDER** |

　　IT IS ORDERED that the Preliminary hearing currently scheduled for Monday, June 24, 2024, at 4:00 p.m., be vacated and continued to October 1, 2024, at the hour of 10:00 a.m. in Courtroom 3D.

　　DATED this 12th day of June 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3