UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON EDWARD ROON,<br><br>　　　　Defendant. | Case No. 2:22-mj-00768-EJY<br><br>**ORDER** |

　　IT IS ORDERED that the Preliminary hearing currently scheduled for Tuesday, October 1, 2024, at 10:00 a.m., be vacated and continued to January 15, 2025, at the hour of 9:30 a.m. in Courtroom 3D.

　　DATED this 24th day of September, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3