UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JASON EDWARD ROON,<br><br>            Defendant. | Case No. 2:22-mj-00768-EJY<br><br>**ORDER** |

   IT IS ORDERED that the Preliminary hearing currently scheduled for Wednesday, January 15, 2025, at 9:30 a.m., be vacated and continued to March 19, 2025, at the hour of 4:00 p.m. in a courtroom to be determined.

   DATED this 31st day of October, 2024.

                              _____
                              UNITED STATES MAGISTRATE JUDGE