RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Jason Edward Roon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON EDWARD ROON,<br><br>　　　　　　Defendant. | Case No. 2:22-mj-00768-EJY<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jason Edward Roon, that the Preliminary Hearing currently scheduled on March 19, 2025, at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.　Since returning from family leave, defense counsel has spoken to the government. The parties are close to a potential pre-indictment resolution. Some details are still being hashed out.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the fifth request for a continuance of the preliminary hearing.

DATED this 7th day of March 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Lauren Ibanez*<br>By_____<br>LAUREN IBANEZ<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON EDWARD ROON,<br><br>Defendant. | Case No. 2:22-mj-00768-EJY<br><br>**ORDER** |

IT IS ORDERED that the Preliminary hearing currently scheduled for Wednesday, March 19, 2025, at 4:00 pm., be vacated and continued to May 21, 2025, at the hour of 4:00 p.m. in Courtroom 3D.

DATED this 10th day of March 2025.

_____
UNITED STATES MAGISTRATE JUDGE