RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Jason Edward Roon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00768-EJY |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Sixth Request) |
| JASON EDWARD ROON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jason Edward Roon, that the Preliminary Hearing currently scheduled on May 21, 2025, at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties are still in the process of working towards a potential pre-indictment resolution. Mr. Roon is facing a mandatory minimum penalty which has complicated the negotiations.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the sixth request for a continuance of the preliminary hearing.

DATED this 8th day of May 2025.

RENE L. VALLADARES  
Federal Public Defender

SIGAL CHATTAH  
United States Attorney

*/s/ Raquel Lazo*  
By_____  
RAQUEL LAZO  
Assistant Federal Public Defender

*/s/ Lauren Ibanez*  
By_____  
LAUREN IBANEZ  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON EDWARD ROON,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00768-EJY<br><br>**ORDER** |

IT IS ORDERED that the Preliminary hearing currently scheduled for Wednesday, May 21, 2025, at 4:00 pm., be vacated and continued to August 21, 2025, at the hour of 4:00 p.m.

DATED this 8th day of May 2025.

_____
UNITED STATES MAGISTRATE JUDGE