UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JASON EDWARD ROON,<br><br>  Defendant. | Case No. 2:22-mj-00768-EJY<br><br>**ORDER** |

   IT IS HEREBY ORDERED that the Stipulation to Continue Preliminary Hearing (ECF No. 34) is GRANTED.

   IT IS FURTHER ORDERED that the Preliminary hearing currently scheduled for Thursday, August 21, 2025, at 4:00 pm., be vacated and continued to September 24, 2025, at the hour of 10:00 a.m. in Courtroom 3D.

   DATED this 24th day of July 2025.

_____
UNITED STATES MAGISTRATE JUDGE